**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

CURTIS SOLOMON,

      Plaintiff,

v.                                                    Case No.  5:22-cv-483-WWB-PRL

B.M. ANTONELLI, JOHN DOE, C.
CARROLL and B. SMITH,

      Defendants.
_____/

## **ORDER**

THIS CAUSE is before the Court on *sua sponte* review of the docket. On June 13, 2023, the Court ordered Plaintiff to pay the United States Marshal if he wished the Marshal to effectuate service for him. (Doc. 12). On July 7, 2023, the Court granted Plaintiff a fourteen-day extension to comply with the June 13, 2023 Order. (Doc. 14). After Plaintiff submitted the pertinent service forms but still failed to pay the United States Marshal, on September 15, 2023, the Court ordered Plaintiff to pay the Marshal within twenty-one days from the date of the Order.[1] (Doc. 17 at 2). The Court noted that this was Plaintiff's final opportunity to do so and warned Plaintiff that failure to do so would result in the dismissal of this case without prejudice for failure to prosecute. (*Id.*). To date, Plaintiff has not paid the United States Marshal to effectuate service, nor has he moved for an extension of time to do so.[2]

_____

[1] The Court further directed Plaintiff within this time to submit a payment to the Clerk of Court for copies of the Amended Complaint to effectuate service. (Doc. 17).

[2] On September 25, 2023, Plaintiff notified the Court that on that date he requested the Bureau of Prisons to provide payment of $52.00 to the Clerk of Court for copies of the

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. This case is **DISMISSED without prejudice** for failure to prosecute.

2. The Clerk of the Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on October 24, 2023.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Unrepresented Party

---

Amended Complaint. (Doc. 18). Plaintiff, however, made no mention of the requisite payment to the United States Marshal for service. Further, the Court notes that neither the Marshal nor Clerk of Court have received payment from Plaintiff for copies or service.